IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| FREE SPEECH FOR PEOPLE,<br>1320 Centre St. #405<br>Newton, MA 02459,<br><br>CAMPAIGN FOR ACCOUNTABILITY<br>611 Pennsylvania Ave. SE #337<br>Washington, D.C. 20003,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL ELECTION COMMISSION<br>1050 First Street NE<br>Washington, DC 20463,<br><br>Defendant. | Civil Action No. 21-cv-3206-TNM |

## MOTION FOR ADMISSION OF ATTORNEY COURTNEY HOSTETLER *PRO HAC VICE*

Pursuant to LCvR 83.2(d), Plaintiffs, by and through undersigned counsel, hereby move for the admission and appearance of attorney Courtney Hostetler *pro hac vice* in the above-captioned action. This motion is supported by the Declaration of Courtney Hostetler filed herewith. As set forth in Ms. Hostetler's declaration, she is admitted to practice and in good standing in the Commonwealth of Massachusetts and is also admitted to practice before the United States District Court for the District of Massachusetts and the United States Courts of Appeals for the Fifth Circuit.

This application is sponsored and signed by Ronald A. Fein, an active member of the Bar of this Court.

Dated the 27th day of December, 2021

/s/ Ronald A. Fein
_____
Ronald A. Fein
D.D.C. Bar No. MA0012
Free Speech For People
1320 Centre St. #405
Newton, MA 02459
(617) 244-0234
rfein@freespeechforpeople.org