IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| FREE SPEECH FOR PEOPLE,<br>1320 Centre St. #405<br>Newton, MA 02459,<br><br>CAMPAIGN FOR ACCOUNTABILITY<br>611 Pennsylvania Ave. SE #337<br>Washington, D.C. 20003,<br><br>              Plaintiffs,<br><br>    v.<br><br>FEDERAL ELECTION COMMISSION<br>1050 First Street NE<br>Washington, DC 20463,<br><br>              Defendant. | Civil Action No. 21-cv-3206 |

## DECLARATION OF COURTNEY HOSTETLER IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Courtney Hostetler, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am senior counsel at Free Speech For People, located at 1320 Centre Street #405, Newton, MA 02459, and my telephone number is 617-249-3015.

2. I submit this declaration in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. I have been admitted to practice in the following courts and bars:

   Commonwealth of Massachusetts
   United States Court of Appeals for the Fifth Circuit
   U.S. District Court for the District of Massachusetts

4. I am a member in good standing of the Bar of the Commonwealth of Massachusetts.
5. I have not been disciplined by any bar and there are no pending disciplinary proceedings against me in any State or Federal court.
6. I have previously been admitted *pro hac vice* in this Court in *Stark v. Election Assistance Commission* (2021).
7. I am not a member of the District of Columbia Bar nor do I have an application pending.
8. I do not have an office located within the District of Columbia.
9. Wherefore your declarant respectfully submits that she be permitted to appear as counsel and advocate *pro hac vice* in this case for Plaintiffs.

Dated the 20th day of December, 2021

/s/ Courtney Hostetler
_____
Courtney Hostetler
Free Speech For People
1320 Centre St. #405
Newton, MA 02459
T: (617) 249-3015
F: (512) 628-0142
chostetler@freespeechforpeople.org