IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| FREE SPEECH FOR PEOPLE,<br>1320 Centre St. #405<br>Newton, MA 02459,<br><br>CAMPAIGN FOR ACCOUNTABILITY<br>611 Pennsylvania Ave. SE #337<br>Washington, D.C. 20003,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL ELECTION COMMISSION<br>1050 First Street NE<br>Washington, DC 20463,<br><br>Defendant. | Civil Action No. 21-cv-3206 |

**[PROPOSED] ORDER**

Upon review of Plaintiffs' Motion for Admission of Courtney Hostetler *Pro Hac Vice*, it is, this ___ day of _____, by the United States District Court for the District of Columbia, hereby ORDERED that

The motion is GRANTED; and

Attorney Courtney Hostetler IS ADMITTED *pro hac vice* to practice before this Court for the purpose of the above-captioned action.

_____
The Honorable Trevor N. McFadden
United States District Judge