AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 21-cv-3206

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Attorney General of the United States
was received by me on *(date)* 12/13/21.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Sent via Certified U.S. Mail on 12/16/21.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 12/23/21

*Server's signature*

Oske Buckley, Director of Administration and Finance
*Printed name and title*

Free Speech For People
1320 Centre Street, #405
Newton, MA 02459
*Server's address*

Additional information regarding attempted service, etc:

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Washington, DC 20530

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $3.75 |
| $ | $3.05 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ | $0.00 |
| ☐ Return Receipt (electronic) $ | $0.00 |
| ☐ Certified Mail Restricted Delivery $ | $0.00 |
| ☐ Adult Signature Required $ | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ | $1.76 |
| Total Postage and Fees $ | $8.56 |

Postmark Here

CENTRAL PARK STATION
AUSTIN, TX 78705-9998
12/16/2021

Sent To: Atty. General of US, Dept. of
Street and Apt. No., or PO Box No.: 950 Pennsylvania Ave. Justice
City, State, ZIP+4®: Washington, DC 20530 NW

7021 0350 0000 9590 3273

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

# USPS Tracking®

FAQs >

## Track Another Package  +

**Tracking Number:** 70210350000095903273

Remove X

Your item was delivered at 4:47 am on December 23, 2021 in WASHINGTON, DC 20530.

## ⊘ Delivered

December 23, 2021 at 4:47 am
WASHINGTON, DC 20530



### Get Updates ⌄

---

### Text & Email Updates                                                             ⌄

---

### Tracking History                                                                  ⌃

**December 23, 2021, 4:47 am**
Delivered
WASHINGTON, DC 20530
Your item was delivered at 4:47 am on December 23, 2021 in WASHINGTON, DC 20530.

**December 22, 2021, 11:23 am**
Available for Pickup
WASHINGTON, DC 20530

**December 22, 2021, 9:02 am**
Arrived at Post Office
WASHINGTON, DC 20018

**December 21, 2021**
In Transit to Next Facility

**December 17, 2021, 10:00 am**
Departed USPS Regional Facility
AUSTIN TX DISTRIBUTION CENTER

**December 16, 2021, 10:30 pm**
Arrived at USPS Regional Origin Facility
AUSTIN TX DISTRIBUTION CENTER

**December 16, 2021, 2:52 pm**
USPS in possession of item
AUSTIN, TX 78705

**Product Information** 

Feedback

**See Less** ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Free Speech For People<br>Campaign for Accountability<br><br>*Plaintiff(s)*<br>v.<br>Federal Election Commission<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 21-cv-3206 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ronald Fein
Free Speech For People
1320 Centre St. #405
Newton, MA 02459

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 12/09/2021         /s/ Anson Hopkins
                          *Signature of Clerk or Deputy Clerk*